IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Daniel Stuart Williams, #03968-090, | ) | C/A NO. 6:06-397-CMC-WMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Dr. Daniel Trent, Chief Psychologist | ) | |
| FCI Edgefield, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint containing allegations against Defendant Trent, a psychologist allegedly employed at FCI Edgefield. By Order filed February 28, 2006, the Magistrate Judge to whom this case was assigned pursuant to D.S.C. Local Rule 73.02(B)(2)(d) directed Plaintiff to comply with General Order 3:05-5010-JFA (Nov. 1, 2005) and bring this complaint into "proper form." Plaintiff's mail was returned to this court from FCI Edgefield, marked "Forwarding Order Expired." The Clerk then forwarded a copy of the Magistrate Judge's Order to CCM Chicago, where it appeared Plaintiff was housed. Despite having been forwarded a copy of the Magistrate Judge's order, Plaintiff has failed to comply with the Magistrate Judge's order, and indeed appears to have been released from the United States Bureau of Prisons.

In addition to Plaintiff's failure to bring this case into proper order, this matter fails to state a claim cognizable in this court. For these reasons, this court determines Plaintiff's complaint should be dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 30, 2006